IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,              )
                               )    2:11-cv-00022-GEB-KJN
          Plaintiff,           )
                               )    ORDER CONTINUING STATUS
     v.                        )    (PRETRIAL SCHEDULING)
                               )    CONFERENCE
The E and H 2nd Family Limited )
Partnership, a California      )
Limited Partnership,           )
                               )
          Defendant.           )
_____)
```

Plaintiff states in his Status Report filed April 23, 2011:

> Defendant has not filed a response to Plaintiff's complaint and there is a possibility that this action will settle prior to the status conference. However, if this action does not settle prior to the May 9, 2011 status conference and Defendant does not file an answer to Plaintiff's complaint, Plaintiff will file for default judgment.

(ECF No. 8, 1:20-26.)

Plaintiff shall take the steps necessary to prosecute this action. Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or Show Cause in a writing filed why this action should not be dismissed for failure of prosecution no later than 4:00 p.m. on June 24, 2011.

Further, the status conference scheduled for May 9, 2011, is continued to commence at 9:00 a.m. on September 19, 2011. A status report shall be filed fourteen (14) days prior to the status conference

1

in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  May 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge