IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                                             )    2:11-cv-00022-GEB-KJN
        Plaintiff, )
                                             )
     v.  )    ORDER RE: SETTLEMENT AND
                                             )    DISPOSITION
The E and H 2nd Family Limited   )
Partnership, a California   )
Limited Partnership,  )
                                             )
        Defendant. )
_____ )

        Plaintiff filed a "Notice of Settlement" on May 7, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 10.)

        Therefore, a dispositional document shall be filed no later than June 8, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated: May 10, 2011

                                                        _____
                                                        GARLAND E. BURRELL, JR.
                                                       United States District Judge